COC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR -7 AM 11:06
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

'08 MJ 1061

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Plaintiff, | ) | Magistrate Case No. |
| | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| | ) | Title 8, U.S.C., Section |
| **Eduardo GARCIA-Chavez** | ) | 1324(a)(1)(A)(ii)-Bringing in Illegal Alien(s) for Financial Gain |
| | ) | Title 18, U.S.C., Section 2- Aiding and Abetting |
| Defendant. | ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)-Bringing In Illegal Alien(s) Without Presentation |

The undersigned complainant being duly sworn states:

**Count I**

On or about April 3, 2008, within the Southern District of California, defendant **Eduardo GARCIA-Chavez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Kenia MENDOZA-Luna, Alma ZAVALA-Carmona, and Ana Laura FUENTES-Perez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

**Count II**

On or about April 3, 2008, within the Southern District of California, defendant **Eduardo GARCIA-Chavez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Alma ZAVALA-Carmona, and Ana Laura FUENTES-Perez**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
And Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **7th** DAY OF **April 2008**.

UNITED STATES MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Alonso G. Loperena, declare under penalty of perjury the following to be true and correct:

The complainant states that, Kenia MENDOZA-Luna, Alma ZAVALA-Carmona, and Ana Laura FUENTES-Perez are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 3, 2008, at approximately 1808 hours, **Eduardo GARCIA-Chavez (Defendant),** applied for admission to the United States at vehicle lane 16 of the San Ysidro, California Port of Entry. Defendant was the driver of a GMC Sierra bearing Baja California, Mexico license plates. A single visible occupant, now identified as material witness **Kenia Lizbeth MENDOZA-Luna (MW1)** accompanied Defendant. Upon inspection before a U.S. Customs and Border Protection (CBP) Officer, Defendant presented for himself and MW1 two border crossing documents belonging to other persons. Defendant gave two negative declarations and stated he was traveling to Chula Vista, CA. During the course of inspection, the CBP Officer pried open the cover over the bed of the vehicle and discovered a human being concealed underneath. The vehicle and all occupants were escorted to Secondary Inspection.

In Secondary, Defendant and MW1 were determined to be impostors to the documents presented. Upon further inspection of the vehicle, eight persons were discovered concealed in the truck bed underneath an electronically operated bed cover. The bed cover was opened by manipulating an after market toggle switch located near the base of the steering column. Two additional persons were discovered concealed underneath a black blanket in the rear area of the cab. All occupants were determined to be undocumented aliens and citizens of Mexico.

Two of the ten concealed aliens were also held as material witnesses and are now identified as **Alma ZAVALA-Carmona (MW2) and Ana Laura FUENTES-Perez (MW3).** MW2 was discovered concealed underneath the black blanket in the cab and MW3 was discovered concealed in the bed of the truck underneath the electronically operated bed cover.

Separate videotaped interviews were conducted with the material witnesses. All admitted they are citizens of Mexico by birth and admitted they have no documents or entitlements to enter the United States. The material witnesses stated they were to pay smuggling fees ranging from $1,500 USD to $2,500 USD for their passage into the United States.

**EXECUTED ON THIS 4th DAY OF April 2008 AT 1500 hours.**

Alonso G. Loperena / CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (1) page(s), I find probable cause to believe that the defendant named therein committed the offense on **April 3, 2008** in violation of Title 8, United States Code, Section 1324.

MAGISTRATE JUDGE

4-5-08 @ 11:08 a.m.

DATE / TIME